1   JORDAN ETH (BAR NO. 121617)
    JEth@mofo.com
2   MARK D. GURSKY (BAR NO. 217690)
    MGursky@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street, 32nd Floor
4   San Francisco, California  94105-2482
    Telephone: (415) 268-7000
5   Facsimile: (415) 268-7522

6   ANNA ERICKSON WHITE (BAR NO. 161385)
    AWhite@mofo.com
7   MORRISON & FOERSTER LLP
    755 Page Mill Road
8   Palo Alto, California 94304-1018
    Telephone: (650) 813-5600
9   Facsimile: (650) 494-0792

10  Attorneys for Defendants Susan Decker,
    Daniel Rosensweig, and Farzad Nazem

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15  JOHN OLAGUES on behalf of YAHOO!,          Case No. C07-02686-MJJ
                                               Assigned to Hon. Martin J. Jenkins
16                   Plaintiff,
                                               [PROPOSED] ORDER DISMISSING
17        v.                                   WITH PREJUDICE PLAINTIFF'S
                                               "INITIAL COMPLAINT FOR
18  SUSAN L. DECKER, FARZAD NAZEM, AND         DISGORGEMENT UNDER SECTION
    DANIEL ROSENSWEIG,                         16(b) OF THE 1934 SECURITIES
19                   Defendants.               ACT" (FRCP 41(a)(1))

20                                             Action Filed:    May 21, 2007
                                               Trial Date:      None Set
21

22

23

24

25

26

27

28

---

ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE
Case No. C07-02686-MJJ
sf-2407528

1    **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**

2          On May 21, 2007, Plaintiff John Olagues ("Olagues") filed the complaint in this action,

3    "Initial Complaint for Disgorgement Under Section 16(b) of the 1934 Securities Act"

4    ("Complaint"), against Defendants Susan Decker, Farzad Nazem, and Daniel Rosensweig

5    (collectively, "Defendants")

6          Having reviewed the parties' "Joint Stipulation Re Voluntary Dismissal of Complaint with

7    Prejudice," filed on October 17, 2007 (Docket Entry No. 22), the Complaint is hereby

8    DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(1).  The Clerk of

9    the Court shall enter judgment in favor of the Defendants accordingly.

10         IT IS SO ORDERED.

11   Dated: _____10/18_____, 2007



12

13                                                      Hon. Martin J. Jenkins
                                                        United States District Judge

14

15

16                                                      Judge Martin J. Jenkins

17

18

19

20

21

22

23

24

25

26

27

28
                                          1
ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE
Case No. C07-02686-MJJ
sf-2407528